IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 12  A 9:44

Marquose Knight
_____
Full name and prison number
of plaintiff(s)

v.

Sheriff Lamar Glover
Commander W. McCarthy
Head Nurse Speigner
Houston County Jail
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:05CV974-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if
            state court, name the county) N/A

SCANNED
10/13/05

1

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____
   _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____N/A_____

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Houston County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
__Same as above__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. Sherriff Lamar Glover
2. Commander William McCarthy
3. Head Nurse Speigner
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __On or about the first of Sept.__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: An Inmate that has Hepetitus B was Placed in the cell with me. Placeing me in danger of be coming infected with this contageous disease.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On or around the first of Sept. Wayne Robertson was moved into the cell with me, he told me that he had hepetitus B. I wrote a request to medical and ask about this disease being contagous and was told that yes it could be spreaded through

**GROUND TWO:** body fluids. Then I wrote medical and told them that an inmate with hepetitus B had

**SUPPORTING FACTS:** been moved into the cell with me. I recieved a response saying that Tony Robertson didn't have this disease. This went on for about 2 to 3 wks of me filing grievences and request to test Wayne Robertson and myself, before they finally found out that Wayne had hepetitus B. They moved

**GROUND THREE:** him out of my cell to the medical ward but there are still two other inmates that have hepetitus B

**SUPPORTING FACTS:** that are living in population with the rest of us putting us at risk of becoming infected. I have ask the head nurse to test me for hepetitus B. I don't think that this is unreasonable seeing that Wayne stayed in the same cell with me, they refuse to even respond to my request or grievence. The other two inmates that are living in the same Pod, drinking out of the same glasses, eating out of the same trays putting the whole Pod at risk are Brian Doughtie and Ian Mitchell. Why these inmates are not housed in the medical wing is beyond our understanding. But all of the inmates in E-Pod are upset about this and we are thinking of making it a class action.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be tested for hepetitus B, & also would like $10,000. from each of the defendants named in the complaint and $500,000 from the Houston County Jail for Pain and suffering

_Marquoze Knight_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-10-05
              (Date)

_Marquoze Knight_
Signature of plaintiff(s)

4