Knight

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Josette ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Rose Owens C. Date of Delivery 12-8-05 |
| 1. Article Addressed to:<br><br>Nurse Speigner<br>Houston County Jail<br>901 Main E. Main Street<br>Dothan, AL 36301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1:05cv974 (Conley, R+R, Cmp) 40 dy | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label) 7005 1160 0001 2962 2864 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

Knight

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lamar Glover
   Houston County Jail
   901 Main E. Main Street
   Dothan, AL 36301

1:05CV974 (Order, R+R, cmp 40 app)

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 2840

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☑ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Rosetta Owens    12-8-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Knight

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W. McCarthy, Commander
Houston County Jail
901 Main E. Main Street
Dothan, AL 36301

1:05cv974 (Order, R+R + 40 cys) cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☑ Agent
              ☐ Addressee

B. Received by (Printed Name)
Loretta Owens

C. Date of Delivery
12-8-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 2857

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540