IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARQUORE KNIGHT,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CIVIL ACTION NO. 1:05-CV-974-WKW
                                    )                    (WO)
LAMAR GLOVER, et al.,               )
                                    )
        Defendants.                 )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on January 23, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED

without prejudice for plaintiff's failure to prosecute this action.

Done this 21st day of February, 2006.


        _____/s/  W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE